**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KRYSTALIE M.P.,

               Plaintiff,                        21 **CIVIL** 7902 (GRJ)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated October 18, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
       October 18, 2022

                                          **RUBY J. KRAJICK**

                                _____
                                     **Clerk of Court**

                **BY:**      *K. Mango*
                                    _____
                                     **Deputy Clerk**